IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMIE ROGERS                                                            PLAINTIFF

v.                              No. 5:13-cv-303-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                      DEFENDANT

ORDER

Unopposed recommendation, № 16, adopted. FED R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2014