IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMIE ROGERS                                                              PLAINTIFF

v.                                    No. 5:13-cv-303-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                               DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed and the case is remanded with instructions. The ALJ shall develop the record by obtaining additional IQ testing (including a malingering detection instrument) and evidence of onset before age 22 (including primary and secondary school records, if available). If the ALJ finds the IQ scores unreliable, then the ALJ shall explain in detail why the scores are inconsistent with the record. The ALJ shall then consider the evidence as a whole and determine Rogers's ability to work. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g).

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2014