IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMIE ROGERS                                                                    PLAINTIFF

v.                                        No. 5:13-cv-303-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                     DEFENDANT

ORDER

The parties agree that Rogers is entitled to an award of attorney's fees. Rogers's motion, №19, is therefore granted. The Social Security Administration shall make the $3,641.47 check payable to Tommie Rogers and his lawyer and mail the check to Rogers's lawyer.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 January 2015